UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-01677-JVS (SK) | Date | February 25, 2021 |
|---|---|---|---|
| Title | Enrique Bañuelos v. Morrison, et al. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|

| Erica Valencia | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE**

    Plaintiff is a California pretrial detainee seeking to proceed in forma pauperis with a complaint under 42 U.S.C. § 1983.  But Plaintiff has not provided a <u>certified</u> copy of his trust account statement for the last six months together with the signed affidavit including a statement of all his assets.  *See* 28 U.S.C. §§ 1915(a)-(b); L.R. 5-2.  The document Plaintiff filed is uncertified (ECF 2 at 2) and so does not meet statutory requirements.

    Thus, Plaintiff is **ORDERED** to file a complete form CV-60P (attached here) that includes the required signed affidavit detailing his assets and a <u>certified</u> copy of his trust account statement for the last six months.  Alternatively, Plaintiff may pay the full amount of the required filing fee.

    **If Plaintiff fails to comply with this order by <u>March 29, 2021</u>, this case will be involuntarily dismissed for failure to prosecute.**  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

    **IT IS SO ORDERED.**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PRISONER/PLAINTIFF, | |
| v. | **REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT** |
| DEFENDANT(S). | |

I, _____, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes   ☐No

    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

    _____

    _____

    b. State the place of your incarceration _____.
    Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment?   ☐Yes   ☐No
    b. Rent payments, interest or dividends?   ☐Yes   ☐No
    c. Pensions, annuities or life insurance payments?   ☐Yes   ☐No
    d. Gifts or inheritances?   ☐Yes   ☐No
    e. Any other income (other than listed above)?   ☐Yes   ☐No
    f. Loans?   ☐Yes   ☐No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

    _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.)  ☐ Yes    ☐ No

   If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes    ☐ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? _____

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| _____ | _____ |
| :---: | :---: |
| State | County (or City) |

I, _____, declare under penalty of perjury that the foregoing is true and correct.

| _____ | _____ |
| :---: | :---: |
| Date | Prisoner/Plaintiff (Signature) |

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statute to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____     _____
Date                         Authorized Officer of Institution (Signature)